**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **MARTA HANYZKIEWICZ**, on behalf of herself and all others similarly situated, | |
| **Plaintiff,** | Case No.: 22-CV-4376-LDH-JRC |
| – against – | **STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)** |
| **AMIYA PRASAD, M.D., P.C., D/B/A PRASAD COSMETIC SURGERY,** | |
| **Defendant.** | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff, Marta Hanyzkiewicz ("Plaintiff") and Defendant Amiya Prasad, M.D., P.C. d/b/a Prasad Cosmetic Surgery ("Defendant"), through their undersigned counsel that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action and all claims alleged therein be dismissed with prejudice and without costs to either party.

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts with scanned PDF or facsimile signatures treated as originals.

| | |
|---|---|
| Dated: Hackensack, New Jersey<br>March 1, 2023 | Dated: Melville, New York<br>February 28, 2023 |
| STEIN SAKS, PLLC | BARNES & BARNES, P.C. |
| By: *s/Mark Rozenberg*<br>Mark Rozenberg, Esq.<br>One University Plaza<br>Hackensack, NJ 07601<br>(201) 282-6500<br>mrozenberg@steinsakslegal.com<br>*Attorneys for Plaintiff* | By: s/ Ryan J. McMahon<br>Ryan J. McMahon, Esq.<br>445 Broadhollow Road, Suite 226<br>Melville, New York 11747<br>(516) 673-0674<br>rmcmahon@barnespc.com<br>*Attorneys for Defendant* |

**SO ORDERED:**

s/ LDH                                              3/2/2023
**Honorable LaShann DeArcy Hall, U.S.D.J.**

2